IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-2440-AP

JESSE HOLLOWAY,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

---

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR REMAND

---

THIS MATTER iss before the Court on an unopposed motion by Defendant, the Acting Commissioner of Social Security, to remand this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).  The Court, being fully advised in the premises, HEREBY ORDERS that the Commissioner's Motion (doc. #17) is GRANTED.

This matter is ordered reversed and remanded to the Social Security Administration's Appeals Council pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand, the Appeals Council shall remand the matter to an Administrative Law Judge (ALJ) for further administrative proceedings.  The ALJ will be directed to further consider Plaintiff s residual functional capacity, and in so doing, evaluate the treating source, non-treating, and non-examining source opinions, indicating the weight afforded the opinion evidence, giving no weight or consideration to any residual functional capacity assessment made by a single

decision maker.  The Appeals Council will recommend that a new decision be issued based on the total record.

The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Done this 13th day of January, 2014.

BY THE COURT:


**_s/John L. Kane_**_____
United States District Court Judge